IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SANDRA R. COPES                     :

      Plaintiff,                   :

v.                                  :

WILLIAM J. HENDERSON                :   Civil No. H-00-3315
Postmaster General,
United States Postal Service        :

      Defendant.                   :
                      ...oOo...

### O R D E R

Upon consideration of the Unopposed Motion for Enlargement of Time filed by the Defendant in this case,

IT IS this 27TH day of April, 2001;

ORDERED that the time for the Defendant to answer, move, or otherwise plead to Plaintiff's amended complaint BE and the SAME HEREBY IS extended through and including May 11, 2001.

*Alexander Harvey*
Alexander Harvey, II
United States District Judge