## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

SANDRA R COPES,                               :

        Plaintiff                        :

      v.                                  :

WILLIAM J. HENDERSON              :        Civil Case No.: H-00-CV-3315
POSTMASTER GENERAL
UNITED STATES POSTAL SERVICE      :
CAPITAL METRO OPERATIONS,         :

        Defendant                        :

_____

### <u>ORDER</u>

Upon review and consideration of Plaintiff's Unopposed Motion for Extension of

Time, it is this ___30th___ day of _____May_____, 2001 hereby:

ORDERED, that the motion to extend the time for Plaintiff to respond BE and is

hereby GRANTED; and it is further

ORDERED, that the deadline for Plaintiff to respond is hereby extended to no

earlier than June 25, 2001.

Alexander Harvey, II
U. S. District Judge