# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| SANDRA R. COPES, | : |
| Plaintiff | : |
| v. | : |
| WILLIAM J. HENDERSON POSTMASTER GENERAL UNITED STATES POSTAL SERVICE CAPITAL METRO OPERATIONS, | : Civil Case No.: H-00-CV-3315 |
| Defendant | : |

## ORDER

Upon review and consideration of Plaintiff's Unopposed Motion for Extension of Time, it is this __18th__ day of June, 2001 hereby:

ORDERED, that the motion to extend the time for Plaintiff to respond BE and is hereby GRANTED; and it is further

ORDERED, that the deadline for Plaintiff to respond is hereby extended to July 2, 2001,████████████.

_____
Alexander Harvey, II
U. S. District Judge

4

